FIRST NATIONAL BANK & TRUST COMPANY OF ITHACA v.
LANSING TERRACE APARTMENTS, INC.

June 12, 1980.

Petition for certification is granted and the judgment of the
Appellate Division remanding the matter to the Superior Court,
Law Division, is summarily modified to provide that the hearing
to be held pursuant to R. 4:50–1 shall be a plenary hearing on all
issues raised by petitioner in her request for relief from the
judgment.

SOMERS OSMUN v. JUNE R. MCGOWAN, A/K/A JUNE
R. TRAYNOR.

June 12, 1980.

Petition for certification granted.

MILTON J. MUSCHETTE v. THE GATEWAY INSURANCE CO.

June 12, 1980.

Petition for certification denied.